# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 34 MAL 2024

                     Respondent   :

                                :   Petition for Allowance of Appeal
                                :   from the Order of the Superior Court

             v.   :

  :

  :

DAVID BOBE,   :

  :

                     Petitioner   :

## ORDER

**PER CURIAM**

      **AND NOW**, this 26th day of June, 2024, the Petition for Allowance of Appeal is **DENIED**.